# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **TEQELIA CUNNINGHAM,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NUMBER: 2:21-CV-311-RDP |
| | ) |
| **AMERIFINANCIAL SOLUTIONS, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANT ALLIANCE COLLECTION SERVICE, INC.'S NOTICE OF SETTLEMENT WITH PLAINTIFF

COMES NOW Defendant AmeriFinancial Solutions, LLC, by and through undersigned counsel, and notifies the Court that Plaintiff and AFS have resolved the dispute between them, and request 30 days to file a Joint Stipulation of Dismissal to finalize the agreement. This Motion is filed only after providing it to Plaintiff Teqelia Cunningham, and after receiving her express consent to do so.

Respectfully submitted,

/s/ Neal D. Moore, III
Neal D. Moore, III (ASB-3971-M73N)
*Attorney for Defendant, AmeriFinancial Solutions, LLC*

{W0684903.1 }

**OF COUNSEL**
**MOORE YOUNG FOSTER & HAZELTON, LLP**
1122 Edenton Street
Birmingham, Alabama 35242
T: (205) 879-8722 | F: (205) 879-8831
nmoore@my-defense.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 7th day of May, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court via CM/ECF, which will send a notice of electronic filing to all counsel and parties of record:

Teqelia Cunningham
513 Skyview Drive
Montevallo, Alabama 35115
*Plaintiff Pro Se*

                              /s/ *Neal D. Moore, III*
                              OF COUNSEL