Case 2:21-cv-00311-RDP   Document 12   Filed 06/08/21   Page 1 of 1



FILED
2021 Jun-08 PM 01:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TEQELIA CUNNINGHAM, | ) |
| Plaintiff, | ) |
| v. | ) CASE NUMBER: 2:21-CV-311-RDP |
| AMERIFINANCIAL SOLUTIONS, LLC, | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL

COME NOW the Plaintiff *Pro Se* Teqelia Cunningham jointly with Defense Counsel Neal D. Moore, III, and represent to this Honorable Court the parties have fulfilled their obligations under the settlement agreement, and request this Honorable Court to enter an Order dismissing this matter, with prejudice, costs taxed as paid.

Respectfully submitted on this the 7th day of June, 2021.

_____
Teqelia Cunningham
513 Skyview Drive
Montevallo, Alabama 35115
*Plaintiff Pro Se*

_____
Neal D. Moore, III
MOORE YOUNG FOSTER & HAZELTON, LLP
1122 Edenton Street
Birmingham, Alabama 35242
*Attorney for Defendant*