# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TEQELIA CUNNINGHAM,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No.: 2:21-cv-00311-RDP |
| } | |
| **AMERIFINANCIAL SOLUTIONS, LLC,** } | |
| } | |
| **Defendant.** } | |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation for Dismissal (Doc. # 12), filed June 8, 2021, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this June 9, 2021.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE